UNITED STATES DISTRICT COURT

Northern District of California

LARRY E. MILLER,

                Plaintiff(s),          No. C 09-01321 MEJ

   v.

FORD MOTOR CO.,            **ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER**

                Defendant(s).

_____/

      Pending before the Court is Defendant Ford Motor Company's Motion to Dismiss for Improper Venue or, in the Alternative, Transfer to the Eastern District of Michigan. (Dkt. #5.) The Court is now in receipt of Plaintiffs' Opposition (Dkt. #11), in which they admit that the Eastern District is the proper venue for this action. Accordingly, the Court hereby GRANTS Defendant's motion to transfer and ORDERS the Clerk of Court to transfer this matter to the Eastern District of Michigan.

      **IT IS SO ORDERED.**

Dated: June 8, 2009

                                            Maria-Elena James
                                            United States Magistrate Judge